Eric J. Ratinoff (#166204)
Kerrie Webb (#211444)
KERSHAW, CUTTER & RATINOFF, LLP
980 9th Street, 19th Floor
Sacramento, CA 95814
Telephone: (916) 448-9800
Fax: (916) 669-4499

Attorneys for Plaintiff Daniel Adesugba

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DANIEL ADESUGBA, | CASE NO. CV-01461-WBS/DAD |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL; ORDER** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; WORLDWIDE FLIGHT SERVICES, INC. BENEFITS OF CHOICE; WORLDWIDE FLIGHT SERVICES, INC.; and DOES 1 - 50, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii).

///

///

///

///

///

IT IS FURTHER STIPULATED that this Stipulation may be signed in counterparts and that a signature by facsimile shall be deemed counsel's original signature.

Dated: March _____, 2006        KERSHAW, CUTTER & RATINOFF, LLP

                                By: _____
                                    KERRIE WEBB
                                    Attorneys for Plaintiff Daniel
Adesugba

Dated: March _____, 2006        WILSON, ELSER, MOSKOWITZ,
                                EDELMAN & DICKER, LLP


                                By:_____
                                    MICHAEL K. BRISBIN
                                    Attorneys for Defendants
                                    The Prudential Insurance Company
                                    of America
                                    Worldwide Flight Services, Inc.,
                                    Benefits of Choice Worldwide Flight
                                    Services, Inc.


**APPROVED AND SO ORDERED:**

Dated: 3/31/2006    _____
                    JUDGE OF THE DISTRICT COURT